THE VILLAGE OF CORNWALL, Respondent, v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.— Appeal dismissed, with ten dollars costs and disbursements, upon the ground that the order of the county judge of Orange county,

denying the preliminary motion to dismiss the proceedings is not appealable, as it is not a final order. (Civ. Prac. Act, § 1441.)\* Kelly, P. J., Jaycox, Young and Kapper, JJ., concur.

\* Added by Laws of 1921, chap. 199; formerly Code Civ. Proc. § 2260.— [REP.